IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gary Lee Long, Jr.,<br><br>        Petitioner,<br><br>v.<br><br>Juan Baltazar,<br><br>        Defendant. | No. CV-18-00520-TUC-RM<br><br>**ORDER** |

On September 17, 2020, Magistrate Judge Eric J. Markovich issued a Report and Recommendation (Doc. 16) recommending that this Court (1) enter an order substituting T.J. Watson, Warden, as Respondent for Juan Baltazar pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and Rule 43(c)(2) of the Federal Rules of Appellate Procedure and (2) deny and dismiss Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 16.) No objections to the Report and Recommendation were filed.[1]

A district judge must "make a de novo determination of those portions" of a magistrate judge's "report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). The advisory committee's notes to Rule 72(b) of the Federal Rules of Civil Procedure state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record

---

[1] After court mail sent to Petitioner at his address of record was twice returned as undeliverable, a search of the Bureau of Prison's inmate locator showed an address for Petitioner at USP-Terre Haute in Indiana; the instant Report and Recommendation was mailed to that address on September 17, 2020.

in order to accept the recommendation" of a magistrate judge.  Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition.  *See also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."); *Prior v. Ryan*, CV 10-225-TUC-RCC, 2012 WL 1344286, at *1 (D. Ariz. Apr. 18, 2012) (reviewing for clear error unobjected-to portions of Report and Recommendation).

The Court has reviewed Magistrate Judge Markovich's Report and Recommendation, the parties' briefs, and the record.  The Court finds no error in Magistrate Judge Markovich's Report and Recommendation.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 16) is **accepted and adopted in full**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to substitute T.J. Watson, Warden, as Respondent in place of Juan Baltazar.

**IT IS FURTHER ORDERED** that the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. 2241 (Doc. 1) is **dismissed**.  The Clerk of Court is directed to enter judgment accordingly and close this case.

The Clerk of Court is directed to send a copy of this Order to Petitioner at his current address:
    USP—Terra Haute
    U.S. Penitentiary
    P.O. Box 33
    Terra Haute, IN 47808

Dated this 20th day of October, 2020.

_____
Honorable Rosemary Márquez
United States District Judge